**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **VA Holdings Co. II, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  Native Foods California, LLC** | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **46-1179458** | |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**1216 West Broad Street**
**Falls Church, VA 22046**
Number, Street, City, State & ZIP Code

**Falls Church City**
County

**Mailing address, if different from principal place of business**

**CSC, R/A for VA Holdings Co. II, LLC**
**Bank of America Ctr, 16th Floor**
**1111 E. Main Street**
**Richmond, VA 23219**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: |

| Debtor | **VA Holdings Co. II, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

| Debtor | **VA Holdings Co. II, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

   Contact name _____

   Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    VA Holdings Co. II, LLC                                    Case number (if known) _____
          Name

▆▆▆▆▆  Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature
    of authorized
    representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05 / 14 / 2016
              MM / DD / YYYY

X _____        Daniel G. Dolan
  Signature of authorized representative of debtor   Printed name

Title   Vice President

18. Signature of attorney    X _____        Date  05/23/2016
                               Signature of attorney for debtor              MM / DD / YYYY

                             Christopher A. Jones
                             Printed name

                             Whiteford, Taylor & Preston, LLP
                             Firm name

                             3190 Fairview Park Drive, Suite 300
                             Falls Church, VA 22042
                             Number, Street, City, State & ZIP Code

                             Contact phone   703-280-9263        Email address   cajones@wtplaw.com

                             40064
                             Bar number and State

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 4

**Fill in this information to identify the case:**

Debtor name    **VA Holdings Co. II, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
■    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
■    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
■    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
■    *Schedule H: Codebtors (Official Form 206H)*
■    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐    *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/19/16        x _____
                                Signature of individual signing on behalf of debtor

                                **Daniel G. Dolan**
                                Printed name

                                **Vice President**
                                Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **VA Holdings Co. II, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................................... $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................... $ _____ **0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................................... $ _____ **0.00**

| Part 2: | Summary of Liabilities |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ **10,434,781.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **20,032.38**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ **70,702.59**

4.   **Total liabilities** ......................................................................................................................
    Lines 2 + 3a + 3b

$ **10,525,515.97**

**Fill in this information to identify the case:**

Debtor name    **VA Holdings Co. II, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of
debtor's interest**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **VA Holdings Co. II, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Miscellaneous restaurant furnishings, fixtures<br>and equipment.** | **Unknown** | | **Unknown** |

| | | |
|---|---|---|
| **51.**   **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | | **$0.00** |

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **VA Holdings Co. II, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**
    **Customer loyalty program maintained by parent company.**      $0.00      $0.00

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**          $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **VA Holdings Co. II, LLC** | Case number *(If known)* | |
|--------|------------------------------|--------------------------|--|
| | Name | | |

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **VA Holdings Co. II, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |
| **2.1** **HCAP Partners III, LP** | Describe debtor's property that is subject to a lien | **$10,434,781.00** | **Unknown** |
| Creditor's Name | **Miscellaneous restaurant furnishings, fixtures and equipment.** | | |
| **3636 Nobel Drive, Suite 401 San Diego, CA 92122** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Loan $10.2M Principal.  Interest as of 5/5/16: $234,781** | | |
| | Is the creditor an insider or related party? | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No | | |
| | ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$10,434,781. 00**

**Part 2:      List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **VA Holdings Co. II, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |
|  | **Commonwealth of Virginia** | $20,032.38 | $20,032.38 |
|  | **Department of Taxation** | | |
|  | **PO Box 1777** | | |
|  | **Richmond, VA 23218-1777** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | |
|  | **Bullseye Telecom** | $5,125.00 |
|  | **25925 Telegraph Road, Suite 21** | |
|  | **Southfield, MI 48033-2527** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

|  |  | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | |
|  | **KAT Construction LLC** | $65,577.59 |
|  | **PO Box 7732** | |
|  | **Fort Myers, FL 33911** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

### Part 3:    List Others to Be Notified About Unsecured Claims

| Debtor | **VA Holdings Co. II, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $   20,032.38 |
| **5b. Total claims from Part 2** | 5b.  + | $   70,702.59 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $   90,734.97 |

Fill in this information to identify the case:

Debtor name    **VA Holdings Co. II, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **VA Holdings Co. II, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **NATIVE FOODS BELMONT, LLC** | an IL limited liability co. 500 North Dearborn, Suite 1000 Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 **NATIVE FOODS BOULDER LLC,** | a CO limited liability co. 500 North Dearborn, Suite 1000 Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 **NATIVE FOODS BUCKTOWN LLC** | an IL limited liability co. 500 North Dearborn, Suite 1000 Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 **NATIVE FOODS CALIFORNIA LLC** | a Nevada limited liability co. 500 North Dearborn, Suite 1000 Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **VA Holdings Co. II, LLC** | Case number *(if known)* | _____ |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **NATIVE FOODS CALIFORNIA LLC** | a CA limited liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **NATIVE FOODS CALIFORNIA LLC** | a Wash., DC ltd liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **NATIVE FOODS CALIFORNIA LLC** | a VA limited liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **NATIVE FOODS CLARK STREET LLC** | an IL limited liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **NATIVE FOODS FRANCHISING LLC** | a Nevada limited liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **NATIVE FOODS ILLINOIS WHOLESAL** | an IL limited liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **NATIVE FOODS ILLINOIS, LLC** | an IL limited liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | VA Holdings Co. II, LLC | Case number *(if known)* |
|---|---|---|

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.12 | **NATIVE FOODS MANAGEMENT LLC** | a Nevada limited liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| 2.13 | **NATIVE FOODS PORTLAND LLC** | an Oregon limited liability co<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| 2.14 | **NATIVE FOODS WHOLESALE LLC** | a Nevada limited liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| 2.15 | **NF CALIFORNIA LLC** | a CA limited liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| 2.16 | **NF CALIFORNIA WHOLESALE LLC** | a CA limited liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| 2.17 | **NF COLORADO LLC** | a CO limited liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| 2.18 | **NF ILLINOIS LLC** | an IL limited liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **VA Holdings Co. II, LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 **NF OREGON LLC** | an Oregon limited liability co<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.20 **NF WASHINGTON LLC** | a Wash., DC ltd liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.21 **NFM HOLDINGS LLC** | a Nevada limited liability co.<br>500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | **HCAP Partners III, LP** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

Fill in this information to identify the case:

Debtor name    **VA Holdings Co. II, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
    | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$518,600.40** |
    | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$64,914.49** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | VA Holdings Co. II, LLC | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| Relationship to debtor | | | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Federal Realty Investment Trust v. Native Foods California, LLC<br>16-663 | Civil | Circuit Court for Arlington County<br>1425 N Courthouse Rd, Suite 6700<br>Arlington, VA 22201 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor   **VA Holdings Co. II, LLC**                                    Case number *(if known)* _____

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Cash short** | | | **$3,045.00** |

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Whiteford, Taylor & Preston, LLP** **3190 Fairfax Drive, Suite 300** **Falls Church, VA 22042** | | **5/16/2016** | **$3,000.00** |
| | Email or website address **www.wtplaw.com** | | | |
| | Who made the payment, if not debtor? **Native Foods Holdings Corp.** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **VA Holdings Co. II, LLC**                                          Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank, National Association** 401 N. LaSalle Street Chicago, IL 60651 | XXXX-1623 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **Account was closed on 4/20/2016.** | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **VA Holdings Co. II, LLC**                                          Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

Official Form 207                  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  page 5

Debtor    **VA Holdings Co. II, LLC**                                                  Case number *(if known)* _____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Julius K. Balcerak<br>500 N. Dearborn, Susite 1000<br>Chicago, IL 60654 | 5/20/2014 to<br>5/50/2016 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Julius K. Balcerak<br>500 N. Dearborn, Suite 1000<br>Chicago, IL 60654 | |
| 26c.2.   McDermott, Will & Emery LLP<br>227 W. Monroe Street<br>Chicago, IL 60606-5096 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Native Foods Holdings Corporation | 500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | sole member and manager | 100% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Michael Mack | 500 North Dearborn, Suite 1000<br>Chicago, IL 60654 | CEO | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Daniel G. Dolan | 47 Soaring Bird Court<br>Las Vegas, NV 89135 | Vice President | |

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 6

Debtor    VA Holdings Co. II, LLC _____    Case number (if known) _____

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Craig Grimes | 500 North Dearborn, Suite 1000 Chicago, IL 60654 | Former CEO | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____    Daniel G. Dolan
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Vice President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Bullseye Telecom
25925 Telegraph Road, Suite 21
Southfield, MI 48033-2527


Commonwealth of Virginia
Department of Taxation
PO Box 1777
Richmond, VA 23218-1777


HCAP Partners III, LP
3636 Nobel Drive, Suite 401
San Diego, CA 92122


KAT Construction LLC
PO Box 7732
Fort Myers, FL 33911


NATIVE FOODS BELMONT, LLC
an IL limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NATIVE FOODS BOULDER LLC,
a CO limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NATIVE FOODS BUCKTOWN LLC
an IL limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NATIVE FOODS CALIFORNIA LLC
a Nevada limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NATIVE FOODS CALIFORNIA LLC
a CA limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NATIVE FOODS CALIFORNIA LLC
a Wash., DC ltd liability. co.
500 North Dearborn, Suite 1000
Chicago, IL 60654

NATIVE FOODS CALIFORNIA LLC
a VA limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NATIVE FOODS CLARK STREET LLC
an IL limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NATIVE FOODS FRANCHISING LLC
a Nevada limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NATIVE FOODS ILLINOIS WHOLESAL
an IL limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NATIVE FOODS ILLINOIS, LLC
an IL limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NATIVE FOODS MANAGEMENT LLC
a Nevada limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NATIVE FOODS PORTLAND LLC
an Oregon limited liability co
500 North Dearborn, Suite 1000
Chicago, IL 60654


NATIVE FOODS WHOLESALE LLC
a Nevada limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NF CALIFORNIA LLC
a CA limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654

NF CALIFORNIA WHOLESALE LLC
a CA limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NF COLORADO LLC
a CO limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NF ILLINOIS LLC
an IL limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NF OREGON LLC
an Oregon limited liability co
500 North Dearborn, Suite 1000
Chicago, IL 60654


NF WASHINGTON LLC
a Wash., DC ltd liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654


NFM HOLDINGS LLC
a Nevada limited liability co.
500 North Dearborn, Suite 1000
Chicago, IL 60654

# United States Bankruptcy Court
### Eastern District of Virginia

In re   VA Holdings Co. II, LLC

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   VA Holdings Co. II, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Nature Foods Holdings Corp**

☐ None [*Check if applicable*]

5/23/2016

Date

Christopher A. Jones 40064

Signature of Attorney or Litigant
Counsel for   VA Holdings Co. II, LLC
**Whiteford, Taylor & Preston, LLP**
**3190 Fairview Park Drive, Suite 300**
**Falls Church, VA 22042**
**703-280-9263 Fax:703-280-8942**
**cajones@wtplaw.com**